# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR
NEW YORK, NY 10018
PHONE (212) 869-3200      FAX (212) 869-4242

aspitz@molodspitz.com
www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400
*REPLY TO NEW YORK OFFICE

November 2, 2018

**VIA ECF**
Honorable Naomi R. Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:    Plaintiff: Michelle Clark
> Insured: Target Corporation
> Date of Loss: 1/05/2018
> Claim Number: 000298756G-0001
> Our File Number: TARG-545
> Docket No.: 18-cv-05865

Dear Honorable Judge Buchwald:

Our firm represents the defendants Target Corporation in the above referenced matter. This is a joint letter submitted with the consent of plaintiff's counsel. This letter is in accordance with a directive by the Court to file a joint letter on the status of discovery.

Plaintiff's deposition was conducted on October 18, 2018. Plaintiff served her responses to interrogatories on October 23, 2018 and received on October 31, 2018. Defendant's deposition was scheduled to be held on October 25, 2018, however, due to a pre-planned business trip this deposition was adjourned to November 30, 2018. The plaintiff also just served her demand for interrogatories received on October 31, 2018. Therefore, we will require until year end to complete fact discovery.

MOLOD SPITZ & DeSANTIS, P.C.

Upon completion of fact discovery, and prior to conducting medical expert exchanges and depositions, we'd request a conference to discuss settlement.

Respectfully submitted,

MOLOD SPITZ & DeSANTIS, P.C.

By:_____
         Alice Spitz

AS:

Cc: John G. Papadopoulos, Esq.