```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
MICHELLE CLARK,

                Plaintiff,                        ORDER

         - against -                              18 Civ. 5865 (NRB)

TARGET CORPORATION,

                Defendant.
-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the motions presently before the Court in this matter will be held <u>telephonically</u> on April 28, 2020, at 11:30 a.m. Dial-in information will be posted on ECF on the date of the conference.

Dated:   New York, New York
         April 10, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE