```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHELLE CLARK,

                      Plaintiff,

             -against-

TARGET CORPORATION,
                    Defendant.
-------------------------------------------------------------X

18 **CIVIL** 5865 (NRB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 4, 2020, defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         May 5, 2020

                                             **RUBY J. KRAJICK**

                                             **Clerk of Court**

                **BY:**
                                             *KMango*
                                           **Deputy Clerk**